USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/21/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ELDAR RAKHAMIMOV, et al.,

Defendants.

No. 18-CR-0072 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pretrial shall remove Mr. Rakhamimov's GPS monitoring bracelet on the morning of June 3, 2019, Mr. Rakhamimov's surrender date.

SO ORDERED.

Dated: May 21, 2019
New York, New York

Ronnie Abrams
United States District Judge