**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------X

     United States of America

            V.                        Docket Number: 18-CR-072-01

     Eldar Rakhamimov

-------------------------------------------------X

## **ORDER**

IT IS HEREBY ORDERED that, as noted at sentencing, the defendant shall pay the restitution amount of $700,000.00 and the fine of $15,000.00 at a rate of 15% of his gross monthly income.

_____       **12-4-20**
The Honorable Ronnie Abrams       DATE
U.S. DISTRICT JUDGE